THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY TUZIO, Appellant.

(Argued October 21, 1935; decided November 19, 1935.)

*Edward J. Reilly* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.